AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL E. WINEGARDNER,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

    **CASE NO.  C2-10-361**

**MICHAEL J. ASTRUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**    **MAGISTRATE JUDGE NORAH MCCANN KING**
**SOCIAL SECURITY,**

      **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 2, 2011, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).  The decision of the Commissioner is affirmed and this action is dismissed.**

Date: September 2, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*_____
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk